IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| M.D., b/n/f C.M. & J.M., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> COLLINSVILLE INDEPENDENT § <br> SCHOOL DISTRICT, § <br> § <br> Defendant. § | CIVIL NO. 4:24-CV-00393-SDJ-AGD |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 19, 2025, the Magistrate Judge entered a Report, (Dkt. #17), recommending that Defendant Collinsville Independent School District's Motion for Summary Judgment on the Administrative Record, (Dkt. #9), be granted, that Plaintiff M.D., by next of friends C.M. and J.M.'s Motion for Judgment and Brief in Support, (Dkt. #10), be denied, that the Special Education Hearing Officer's decision be affirmed, and that the case be dismissed with prejudice. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion for Summary Judgment on the Administrative Record, (Dkt. #9), is **GRANTED.** It is further **ORDERED** that Plaintiff's Motion for Judgment and Brief in Support, (Dkt. #10), is **DENIED**. It is further **ORDERED** that the Special Education Hearing Officer's decision is **AFFIRMED**. It is finally **ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

So **ORDERED and SIGNED this 13th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE